IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVEN R. HOEME, Plaintiff, | § § § | |
| VS. | § § | C.A. _____ |
| UNION PACIFIC RAILROAD COMPANY Defendant. | § § § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STEVEN R. HOEME, Plaintiff, hereinafter referred to as Plaintiff, complaining of THE UNION PACIFIC RAILROAD COMPANY, hereinafter referred to as Defendant, for cause of action would respectfully show unto the Court the following:

1. Jurisdiction over Defendant in this case arises pursuant to 28 U.S.C. §1331, in that this action arises under the Constitution, laws, or treaties of the United States, specifically the Federal Employers' Liability Act, Title 45 U.S.C. §51 et seq.

2. Plaintiff is a railroad worker residing in the State of Kansas.

3. Defendant at all times material hereto, was and is a railroad corporation doing business in the State of Texas.

4. Defendant is a foreign corporation which resides in and is subject to personal jurisdiction in the Southern District of Texas in that it has regular and systematic contact with this District.

5. Service of process may be had upon Defendant, UNION PACIFIC RAILROAD COMPANY, by serving DAVID YOUNG, Law Department, 808 Travis, Suite 620, Houston, Texas 77002.

6. Venue is proper in this matter pursuant to the terms of Title 28 U.S.C. §1391(b) and (c) in that the Defendant resides in the Southern District of Texas and has regular and systematic contacts with this District.

7. At all times mentioned in this complaint, Defendant was a common carrier by railroad engaged in interstate commerce through and between several states, and Plaintiff was employed by Defendant to further those activities.

8. The injuries complained of in this Complaint were sustained within the course and scope of Plaintiff's employment with UNION PACIFIC RAILROAD COMPANY.

9. At all times material hereto, Plaintiff, as employee, and UNION PACIFIC RAILROAD COMPANY, as employer, were mutually engaged in interstate commerce.

10. Plaintiff while in the course of the employment described above, was engaged in railroad work. In the course of the work, Plaintiff, was injured as a result of Defendant's negligence on or about October 06, 2003.

11. The injury to Plaintiff was due in whole or in part to the negligence of Defendant, its agents, servants or employees acting in the course and scope of their employment.

12. Plaintiff has suffered serious injuries and permanent impairment to his body. These injuries are permanent in nature. In all reasonable probability, Plaintiff will suffer for a long time into the future, if not for the balance of his natural life. These injuries have had a serious effect on Plaintiff's health and well being.

13. Because of the nature and consequences of his injuries, Plaintiff has suffered great physical and mental pain, suffering and anguish, disfigurement, and in all reasonable probability, will continue to suffer in this manner for a long time into the future, if not for the balance of his natural life.

14. At the time of the incident complained of, Plaintiff was gainfully employed as a railroad worker. Plaintiff has lost wages and benefits in the past and, within reasonable probability, will continue to suffer a loss of wages, benefits, and earning capacity in the future.

15. As a further result thereof, Plaintiff has incurred expenses for medical care and attention, such as physicians' fees, medical supplies, appliances, medicine, hospitalization and nursing service. These expenses were incurred for necessary care and treatment of the injuries resulting from the incidents complained of above. The charges for the said expenses were reasonable and they were the customary charges made for such services in the area in which they were rendered.

16. As a further result of the injuries sustained by Plaintiff, he will, within reasonable medical probability, incur future expenses for his medical care and attention.

17. As a result of the incidents complained of herein, Plaintiff has suffered in the past and, within reasonable medical probability, will continue to suffer in the future from physical impairment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be summoned to appear and answer, and that upon final trial Plaintiff shall have:

1. Judgment against Defendant for a sum in excess of FIVE HUNDRED THOUSAND DOLLARS, exclusive of costs and interest;

2. Post-judgment interest at the legal rate against the Defendant;

3. Costs of suit; and

Respectfully submitted,

PROVOST UMPHREY, L.L.P.

*/s/ Michael H. Hennen*

MICHAEL H. HENNEN
Federal Bar No. 18618
PROVOST & UMPHREY, LLP
1560 W. Bay Area Blvd., Ste. 355
Friendswood, Texas 77546
Telephone: 281-461-9735
Facsimile: 281-461-7754

Francis I. Spagnoletti
Federal Bar No. 5369
Michael W. Hogue
State Bar No. 09809800
SPAGNOLETTI & CO.
1600 Smith, 45th Floor
Houston, TX 77002
Telephone: 713-653-5601
facsimile: 713-653-5656

ATTORNEYS FOR PLAINTIFF

JS 44 (Rev. 3/99) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Steven R. Hoeme

### DEFENDANTS
The Union Pacific Railroad Company

**(b)** County of Residence of First Listed Plaintiff: **Pratt County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael H. Hennen
Provost Umphrey, L.L.P.
1560 W. Bay Area Blvd., Ste. 355
Friendswood, TX 77546    Tel: 281-461-9735

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1  U.S. Government Plaintiff
- 2  U.S. Government Defendant
- **X** 3  Federal Question (U.S. Government Not a Party)
- 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | **X** 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury—Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | X 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| | | | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| | | 730 Labor/Mgmt.Reporting & Disclosure Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | | |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights / 540 Mandamus & Other | | | |
| 290 All Other Real Property | / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- **X** 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Employer's Liability Act (FELA), 45 U.S.C. Sec. 51 et seq. Plaintiff sustained injuries on or about October 6, 2003 while employed by Defendant, Union Pacific Railroad Company

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: **X** Yes   No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: January 27, 2006

SIGNATURE OF ATTORNEY OF RECORD: *Michael H. Hennen*

FOR OFFICE USE ONLY    Pd Ck# 39319